AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Terrence Denard Perkins<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 6:24-mj-2080<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 9, 2024__ in the county of __Seminole__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Hannah Prenoveau, Special Agent, ATF
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 10/16/2024

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

City and state: Orlando, Florida

STATE OF FLORIDA                                      CASE NO. 6:24-mj- 2080
COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF
### ISSUANCE OF A CRIMINAL COMPLAINT

1. I, Hannah Prenoveau, a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state as follows:

2. I make this affidavit in support of an application for a criminal complaint against Terrence Denard PERKINS (PERKINS) for a violation of 18 U.S.C. § 922(g)(1)–Possession of a Firearm or Ammunition by a Convicted Felon.

3. I am a SA with the ATF and have been since 2023. I am currently assigned to the Tampa Field Division Orlando III office. I have received training in the investigations of crimes involving alcohol, tobacco, firearms, and explosives. I received this training at the Federal Law Enforcement Training Center (FLETC) where I spent three months attending the Criminal Investigation Training Program (CITP) and three months at the National Academy for ATF. I have participated in investigations of persons suspected of violating federal firearm laws.

4. Prior to being a SA with ATF, I spent approximately three years with the Department of Homeland Security (DHS) as a Customs and Border Protection Officer (CBPO). As a CBPO I investigated immigration and criminal violations. I also determined the admissibility for immigrants and non-immigrants attempting to

come to the United States of America. I received training to become a CBPO at FLETC where I spent approximately four months learning basic law enforcement skills.

5. My formal education includes a master's degree in criminal justice administration and a bachelor's degree in forensic science.

6. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE STATEMENT

7. On the evening of January 9, 2024, agents from the Seminole County Sheriff's Office City/County Investigative Bureau (CCIB) executed a drug trafficking search warrant at 1442 Mara Court, Sanford, FL (RESIDENCE). PERKINS and Individual-1 are the only two known occupants of the RESIDENCE. Individual-1 was the only person home during the execution of the search warrant.

8. While searching the RESIDENCE, the agents located several firearms. In one of the bedrooms, later determined to be PERKINS' bedroom, agents found a

Taurus Judge, .45 caliber revolver. The firearm was loaded and sitting on top of a dresser.



(Firearm found on PERKINS' dresser)

Inside one of the dresser drawers, agents found a passport and birth certificate issued to PERKINS.

      9.     In the living room, agents found a loaded Colorado Customs, CCF-15F, .223 caliber rifle and an electric money counter.



(Rifle found in the living room)

10. The agents located a carport in the backyard of the RESIDENCE. Inside the carport, the agents located a Masterpiece Arms, MPA Defender, 9mm pistol on top of a white Chevrolet Corvette. The agents also discovered a table holding digital scales, plastic bags, 62 grams of suspected cocaine base, suspected wrapping and packing materials, 195 grams of suspected cocaine, and a shipping box with a label addressed to PERKINS at the RESIDENCE. The box contained multiple Trailmaker brand backpacks.

4

11.     Located in the backyard of the RESIDENCE was a non-operable blue Ford Taurus. In the back seat of the Taurus was a bin containing multiple firearms. Specifically, the agents found a loaded Glock 17 Gen 4, 9mm pistol, equipped with a machinegun conversion device; a Glock 21C .45 Caliber pistol; a Taurus G3 9mm pistol; a Kel-Tec Sub 2000 .40 S&W rifle; a Sota Arms AR-15 .223 rifle; a Smith & Wesson M&P15 AR-15 .223 rifle; a Spikes Tactical ST15 .300 Blackout rifle; a Zastava AK-47 7.62 caliber rifle; and a T6 Firearms AR-15 .223 rifle. The agents also found several loaded handgun and rifle magazines and assorted ammunition inside the bin.



(Bin containing firearms)

12. Elsewhere in the backyard of the RESIDENCE, agents located a red Chevrolet Impala. Inside the Impala, agents found 18 wrapped kilogram bags containing suspected cocaine. The wrapping of the suspected cocaine was consistent in appearance with the packaging materials found within the carport. Next to the cocaine, agents found a green Trailmaker brand backpack identical to those found within the shipping box addressed to PERKINS.



(Wrapped packages containing suspected cocaine)

### Interview of Individual-1

13. While executing the search warrant at the RESIDENCE, the agents interviewed Individual-1. Individual-1 stated to the agents that PERKINS resides with him at the RESIDENCE. Individual-1 was able to confirm that PERKINS' bedroom was the same room where the agents found the Taurus Judge revolver on top of the dresser and PERKINS' birth certificate and passport.

### Surveillance Footage

14. While executing the residential search warrant, agents observed two surveillance cameras on the exterior permitter of the RESIDENCE. These cameras were operating from a closed-circuit television (CCTV) hard drive. The agents applied for and obtained a search warrant to access the hard drive. The stored videos further tie PERKINS to the firearms and drugs discovered on January 9, 2024. In a video dated March 17, 2022, PERKINS is observed walking outside of the RESIDENCE while holding a revolver in his hand. This revolver has the same physical appearance as the Taurus Judge revolver which was later discovered on top of PERKINS' dresser during the execution of the residential search warrant on January 9, 2024. Based on ATF Firearms Trace records, the revolver found on PERKINS' dresser was first purchased approximately seven months before the timestamp on the surveillance video.

15. The surveillance footage also shows that PERKINS was present at the RESIDENCE on January 7, 2024, January 8, 2024, and January 9, 2024, entering and leaving the RESIDENCE, often using a key. The timestamp for one of the

videos from January 9, 2024, suggests that PERKINS was at the RESIDENCE approximately 20 minutes before the agents executed the residential search warrant. Moreover, in several videos, PERKINS is observed carrying clear plastic bags containing unknown substances and/or engaging in hand-to-hand exchanges with individuals outside the RESIDENCE.

### Interstate Nexus

16. An ATF agent evaluated the Taurus Judge firearm found on PERKINS' dresser. The firearms examiner was able to determine that the firearm was manufactured in Brazil and imported to the United States by Taurus International Manufacturing, Inc.

### PERKINS' Criminal Background

17. I conducted a National Crime Information Network (NCIC) query on PERKINS. The query from the National Crime Information Center (NCIC) showed that PERKINS has been arrested 18 times and is a multi-convicted felon. My review of certified Seminole County Court Records reveals the following felony convictions for PERKINS: (1) sale of cocaine and (2) possession of cocaine on July 5, 2000 (sentenced to eight months of imprisonment); (3) and (4) felony driving with suspended/revoked license on July 11, 2000 (sentenced to 60 days of imprisonment); (5) conspiracy to traffic cocaine, (6) possession of a firearm by a convicted felon, and (7) aggravated fleeing and eluding on August 7, 2007 (sentenced to six years of imprisonment).

## CONCLUSION

18. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about January 9, 2024, Terrence Denard PERKINS, knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, possessed a firearm or ammunition in or affecting interstate or foreign commerce in violation of 18 U.S.C. § 922(g)(1).

_____
Hannah Prenoveau
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Affidavit submitted by email and attested
to me as true and accurate by video conference
consistent with Fed. R. Crim. P. 4.1 and 41(d)(3)
this __16th__ day of October, 2024.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE